FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN HARTY and SHELLEY HARTY, *individually and as the marital community comprised thereof,*<br><br>Plaintiffs,<br><br>-vs-<br><br>SAFECO INSURANCE COMPANY OF AMERICA, *a foreign insurance company*,<br><br>Defendant. | No.    2:25-cv-0415-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Pending before the Court is the parties Stipulated Motion to Dismiss with prejudice.  ECF No. 14.  Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims against Defendant in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** this file.

DATED May 21, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1